UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BANTA SAHANOHO, Petitioner, | ) | CASE NO. 4:26CV1428 |
| v. | ) | JUDGE JOHN R. ADAMS |
| ATTORNEY GENERAL, Respondent. | ) | <u>ORDER AND JUDGMENT ENTRY</u> |

In this petition, Petitioner Banta Sahanoho claimed that he was being improperly detained without receiving an individualized bond hearing. The Government has subsequently moved to dismiss the petition because Sahanoho is being detained pursuant to a final order of removal and therefore not entitled to a bond hearing. The Court agrees.

The record is undisputed that a final order of removal was entered against Sahanoho that became final on November 17, 2025. Accordingly, the reasoning of *Lopez-Campos, et al. v. Raycraft*, 175 F.4th 713 (6th Cir. 2026) does not apply to these proceedings. Instead, Sahanoho is being detained pursuant to 8 U.S.C. § 1231(a)(2) which states that "the Attorney General shall detain the alien" during the removal period. Moreover, once the initial removal period has expired, as is this case here, detention is permitted pursuant to 8 U.S.C. § 1231(a)(6). The

Supreme Court has further determined that 1231(a)(6) does not require bond hearings. *Johnson v. Arteaga-Martinez*, 596 U.S. 573, 580-581 (2022). As such, Sahanoho's requested relief is not available by law. Accordingly, the petition is hereby DISMISSED.

IT IS SO ORDERED.

Date: September 30, 2026

*/s/ John R. Adams*
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE